**No. 10-9937. Lisa J. Gillard, Petitioner v. Southern New England School of Law.**

563 U.S. 1030, 131 S. Ct. 2970, 180 L. Ed. 2d 244, 2011 U.S. LEXIS 4241.

June 6, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the First Circuit dismissed. See Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in non-criminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and petition submitted in compliance with Rule 33.1. See Martin v. District of Columbia Court of Appeals, 506 U.S. 1, 113 S. Ct. 397, 121 L. Ed. 2d 305 (1992) (per curiam).

**No. 10A1051. Bradley Abiud Perez, Applicant v. Michael W. Enax, Director, Fort Bend County Adult Community Supervision and Corrections Department.**

563 U.S. 1030, 131 S. Ct. 2982, 180 L. Ed. 2d 244, 2011 U.S. LEXIS 4360.

June 6, 2011. Application for a certificate of appealability, addressed to Justice Sotomayor and referred to the Court, denied.

**No. 10M111. Sealed Defendant, Petitioner v. United States.**

563 U.S. 1031, 131 S. Ct. 2982, 180 L. Ed. 2d 244, 2011 U.S. LEXIS 4184.

June 6, 2011. Motion for leave to file a petition for writ of certiorari under seal with redacted copies for the public record granted.

**No. 10M112. Antonio Velasquez Gomez, Petitioner v. California.**

563 U.S. 1031, 131 S. Ct. 2982, 180 L. Ed. 2d 244, 2011 U.S. LEXIS 4305.

June 6, 2011. Motion for leave to file petition for writ of certiorari under seal denied without prejudice to filing a renewed motion together with either a redacted petition, or an explanation as to why the petition may not be redacted, within 30 days.

**No. 10-879. Gloria Gail Kurns, Executrix of the Estate of George M. Corson, Deceased, et al., Petitioners v. Railroad Friction Products Corporation, et al.**

563 U.S. 1032, 131 S. Ct. 2959, 180 L. Ed. 2d 244, 2011 U.S. LEXIS 4271.

June 6, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit granted.

Same case below, 620 F.3d 392.

**No. 10-1001. Luis Mariano Martinez, Petitioner v. Charles L. Ryan, Director, Arizona Department of Corrections.**

563 U.S. 1032, 131 S. Ct. 2960, 180 L. Ed. 2d 244, 2011 U.S. LEXIS 4217.

June 6, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit granted.

Same case below, 623 F.3d 731.